14-15-00224-CR

IN THE
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS

14th COURT OF APPEALS
TEXAS

APR 02 2015

CHRISTOPHER A. PRINE
CLERK

| | | |
|---|---|---|
| Relator, | § | FROM THE 183rd |
| SAMUEL ROY JACKSON | | |
| | § | JUDICIAL DISTRICT COURT |
| Vs. | | |
| | § | HARRIS COUNTY, TEXAS |
| RICK THALER (Director), | | |
| Texas Department of Corrections, | § | Cause No.: 913043 |
| (TDCJ-CID). | | |

MOTION FOR BENCH WARRANT
PURSUANT TO PETITION FOR WRIT OF
HABEAS CORPUS. TCCP Art. 11.49
(Vernon's Annotated)

COMES NOW, Relator, Samuel Roy Jackson, in the above cause and caption, and presents this his MOTION FOR BENCH WARRANT to compel the Fourteenth Court of Appeals to bench warrant Relator back to said court to represent himself during the petition for writ of habeas corpus hearing conducted pertaining to Relator's Petition for Writ of Habeas Corpus filed in the Fourteenth Court of Appeals on March 13, 2015. In support of Relator's motion Relator shows the Court the following:

Article 11.49, T.C.C.P., Vernon's Ann. — Order of Argument: The Applicant shall have the right by himself or counsel to open and conclude the argument upon trial under habeas corpus. Citing: Webb v. State, [Cr.App. 1976] 533 SW2d 780, Criminal Law Key 641.4(1) Defendant has a Constitutional Right to self-representation.

RELATOR'S REQUEST

I, Relator, Samuel Roy Jackson, respectfully request that the Fourteenth Court of Appeals beanch warrant Relator back to said Court and allow him

- 1 -

to exercise his Constitutional Right to represent himself during habeas corpus hearing conducted in said Court. Cause No. 913043 is the issue.

Respectfully submitted by.

*Samuel Roy Jackson*
Samuel Roy Jackson
TDC# 1268721
9055 Spur 591
Amarillo. TX 79107

RELATOR/PETITIONER. Pro Se.


DECLARATION OF PENALTY UNDER PERJURY

I. Samuel Roy JAckson. hereby declare under penalty of perjury that information set forth in this Motion for Bench Warrant is true and correct according to my knowledge.

SIGNED this the _19th_ day of _March_ . 2015.

*Samuel Roy Jackson*
Samuel Roy Jackson
TDCJ-ID# 1268721